

# THE ATTORNEY GENERAL

## OF TEXAS

GERALD C. MANN  
~~ATTORNEY GENERAL~~  
ATTORNEY GENERAL

AUSTIN 11, TEXAS

Hon. Homer P. Rainey, President  
University of Texas  
Austin, Texas

Dear Sir:

Opinion No. O-4555  
Re: Form of oath required by Section  
2, Senate Bill 38, Acts 47th Legis-  
lature.

We have your letter requesting that we prepare for you a form of affidavit meeting the requirements of Section 2, Senate Bill 38, chapter 617, Acts Regular Session 47th Legislature, which section reads as follows:

> "Sec. 2. Exempting foreign visiting instructors. refugees and political refugees from conquered countries from the provisions set out in Section 1 of this Act, and providing that such foreign visiting instructors, refugees and political refugees from conquered countries shall file an affidavit, on form to be prescribed by the Attorney General of the State of Texas, stating, among other things, that they are not members of the Communist, Fascist or Nazi Parties, nor members of any Bund, or any affiliated organization, and further stating that they will not engage in any un-American activities, nor teach any doctrines contrary to the Constitution and Laws of the United States of America or of the State of Texas."

We prescribe the following form to be used for foreign visiting instructors covered by Section 2 of the Act:

> "The State of Texas  
> County of Travis
>
> "Before me the undersigned authority on this day personally appeared_____ who, being by me duly sworn, on his oath says:
>
> "My name is_____. I am a citizen of _____, a country conquered by the Axis powers. I am a visiting instructor in the University of Texas.

"I do solemnly swear that I am not a member of the  Communist, Fascist, and Nazi Parties, or either of them; that I am not a member of any Bund or of any organization affiliated  with a Bund or with the Nazi, Fascist, and Communist parties, or either of them; that I am not employed by nor do I serve in any manner the Communist, Nazi, and Fascist parties, or either of them.

"I further solemnly swear that I will not engage in any un-American activities and that I will not teach any doctrine contrary to the Constitution and laws  of the United States of America or of the State of Texas.

_____

"Sworn to and subscribed before me this _____
day of _____ A. D. 1942.

_____
Notary Public, Travis County,
Texas."

Yours truly

ATTORNEY GENERAL OF TEXAS

s/  R. W. Fairchild


By
    R. W. Fairchild
    Assistant

RWF/po/ldw

APPROVED APR. 27, 1942
s/  Grover Sellers
FIRST ASSISTANT
ATTORNEY GENERAL

APPROVED
OPINION
COMMITTEE
BY B. W. B.
CHAIRMAN